# MEMORANDUM DECISIONS

ADAMS et al. v. OHIO OIL CO. (Circuit Court of Appeals, Eighth Circuit. November 12, 1920.) No. 5452. Appeal from the District Court of the United States for the District of Wyoming. F. Chatterton, of Riverton, Wyo., and William Scallon and C. B. Nolan, both of Helena, Mont., for appellants. William A. Riner, of Cheyenne, Wyo., for the United States.

PER CURIAM. Continuance to September term, 1921, vacated and set aside, and appeal dismissed with prejudice, at costs of appellants.

BALENTINE v. ELMENDORF et al. (Circuit Court of Appeals, Fifth Circuit. November 19, 1920.) No. 3516. Appeal from the District Court of the United States for the Western District of Texas; W. R. Smith, Judge. In the matter of Samuel Foster Balentine, bankrupt. From an order of the District Court, the bankrupt appeals. Affirmed. Ed. M. Whitaker, of El Paso, Tex. (Fred C. Knollenberg, Ed. M. Whitaker, and Volney M. Brown, all of El Paso, Tex., on the brief), for appellant. John L. Dyer, of El Paso, Tex., for appellees. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The order complained of is affirmed.

BASS et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 14, 1920.) No. 3572. In Error to the District Court of the United States for the Southern District of Georgia; Beverly D. Evans, Judge. Criminal prosecution by the United States against Joe Bass and John Pitts. Judgment of conviction, and defendants bring error. Affirmed. John R. Cooper, of Macon, Ga., for plaintiffs in error. John W. Bennett, U. S. Atty., of Macon, Ga. Before WALKER, BRYAN, and KING, Circuit Judges.

PER CURIAM. The judgment of the District Court is affirmed.

BATES v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. December 13, 1920.) No. 3471. In Error to the District Court of the United States for the Southern Division of the Eastern District of Tennessee; Edward T. Sanford and A. M. J. Cochran, Judges. C. C. Abernathy, of Chattanooga, Tenn., for plaintiff in error. W. T. Kennerly, U. S. Atty., of Knoxville, Tenn.

PER CURIAM. Dismissed for failure to make deposit for printing record as required by rule 19.

BECKER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 6, 1920.) No. 5521. Appeal from the District Court of the United States for the Western District of Oklahoma. Mark Goode, of Shawnee, Okl., for appellant. Herbert M. Peck, U. S. Atty., and Frank E. Ransdell, Asst. U. S. Atty., both of Oklahoma City, Okl., for the United States.

PER CURIAM. Appeal dismissed, without costs to either party in this court, on motion of appellee.